# United States Court of Appeals for the Fifth Circuit

————————

No. 25-50187

————————

Rickye Henderson,

*Plaintiff—Appellant*,

*versus*

Atain Insurance Company; Jill Zyskowski; Chad Messersmith; Jeffrey Watts; John Mickleson; Jack Sigman,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:24-CV-1208

———————————————————————

United States Court of Appeals
Fifth Circuit

**FILED**

June 20, 2025

Lyle W. Cayce
Clerk

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

This court has considered the appeal carefully in light of the plaintiff's brief, the rulings of the district and magistrate judges that this case presents no nonfrivolous issue, 28 USC 1915(e)(2)(B)(ii), and pertinent portions of

—————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50187

the record. We find no reversible error of fact or law and AFFIRM the judgment.